IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02754-PAB-MEH

GAYLE DUNN,

    Plaintiff,

v.

ERIC K. SHINSEKI, Secretary, United States Department of Veteran Affairs,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 29, 2011.**

    Defendant's Unopposed Motion to Vacate Settlement Conference [filed April 28, 2011; docket #12] is **granted**. The settlement conference scheduled in this case for May 5, 2011 is **vacated**. On or before May 6, 2011, the parties shall first conference together, then call my Chambers at 303.844.4507 to obtain an alternate for the conference.