IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02754-PAB-MEH

GAYLE DUNN,

    Plaintiff,

v.

ERIC K. SHINSEKI, Secretary, United States Department of Veteran Affairs,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 26, 2011.**

    Defendant's Unopposed Motion to Vacate Settlement Conference [filed July 26, 2011; docket #16] is **granted**. The Settlement Conference currently scheduled for August 2, 2011 is hereby **vacated**. The parties are invited to contact my Chambers at (303) 844-4507 to reschedule the conference at any time during the litigation if they determine that the Court may assist them in settlement efforts.