IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02754-PAB-MEH

GAYLE DUNN,

     Plaintiff,

v.

ERIC K. SHINSEKI, Secretary, United States Department of Veteran Affairs,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 16, 2011.**

     Defendant's Unopposed Motion for Entry of Protective Order [filed August 15, 2011; docket #19] is **granted**. The proposed protective order is accepted, issued and filed contemporaneously with this minute order.