IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02754-PAB-MEH

GAYLE DUNN,

    Plaintiff,

v.

ERIC K. SHINSEKI, Secretary, United States Department of Veteran Affairs,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 21, 2011.**

    Defendant's Request [Motion] to Withdraw Motion to Compel [filed October 19, 2011; docket #25] is **granted**.  Defendant's Motion to Compel [filed October 13, 2011; docket #23] is hereby **withdrawn**.