IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02754-PAB-MEH

GAYLE DUNN,

    Plaintiff,

v.

ERIC K. SHINSEKI, Secretary, United States Department of Veteran Affairs,

    Defendant.

## ORDER

This matter is before the Court on the Motion to Stay Deadline to File Response to Defendant's Motion for Summary Judgment Pending Resolution of Discovery Issues [Docket No. 33] filed by plaintiff Gayle Dunn on December 13, 2011. Plaintiff contends that, if her pending Motion to Compel Production of Documents and Motion to Re-Open Discovery for the Limited Purpose of Depositions [Docket No. 29] is granted, she will require additional time to have a "full and fair opportunity to gather information to respond to Defendant's Motion for Summary Judgment." The Court construes plaintiff's motion to stay as a request for the Court to "defer considering the motion [for summary judgment]." Fed. R. Civ. P. 56(d). But, as defendant points out, plaintiff has not "show[n] by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition." *Id.* Plaintiff has done neither. Therefore, it is

**ORDERED** that plaintiff's Motion to Stay Deadline to File Response to Defendant's Motion for Summary Judgment Pending Resolution of Discovery Issues

[Docket No. 33] is DENIED.

DATED December 20, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge